IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| Selective Insurance Company of America, | ) | Civil Action No.: 4:18-cv-00431-RBH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| Hester Drywall, LLC; HW Glass, LLC a/k/a | ) | |
| HWGlass, LLC; Hester Properties Village, | ) | |
| LLC; James C. Hester a/k/a Jim Hester; and | ) | |
| Shannon E. Hester; | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

On August 2, 2018, Defendants James C. Hester and Shannon Hester filed a suggestion of bankruptcy indicating that James and Shannon Hester had filed a voluntary petition under Chapter 7 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of South Carolina. *See* Suggestion of Bankruptcy Filing [ECF No. 23]. Defendants Hester Drywall, LLC, HW Glass, LLC, and Hester Properties Village, LLC have not filed a bankruptcy petition. Therefore, it is

ORDERED that this case is **stayed BUT ONLY as to Defendants James C. Hester and Shannon Hester only** pursuant to 11 U.S.C. § 362 until further order of the court. The parties are directed to notify the court of the status of Defendants' bankruptcy petition by March 31, 2019, if not sooner. The case shall proceed as to the remaining defendants.

**IT IS SO ORDERED.**

October 9, 2018                                            s/ R. Bryan Harwell
Florence, South Carolina                          R. Bryan Harwell
                                                                     United States District Judge